

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00350-CV

Jack **RETTIG**,
Appellant

v.

Ronald E. **BRUNO**, Christopher Garcia, Sergio Lopez, Patrick G. Mendoza,
and Troy J. Williams,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ000699 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

    Appellees Christopher Garcia and Patrick Mendoza's Joint Unopposed Motion for Extension of Time to File Brief is hereby GRANTED. Appellees brief is due on or before November 16, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court